[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 3, 2009
THOMAS K. KAHN
CLERK

No. 09-13301
Non-Argument Calendar
_____

D.C. Docket No. 05-00006-CR-3-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DESHAWN TRAVIS GLOVER,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
for the Northern District of Florida
_____
(November 3, 2009)

Before CARNES, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for DeShawn Travis Glover in this appeal

from the denial of a motion for a sentence reduction under 18 U.S.C. § 3582(c),

has moved to withdraw from further representation of the appellant and filed a

brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Glover's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED**.